UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14-cv-290-FDW

| | |
|---|---|
| EDDIE ELLENBURG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| HENDERSON COUNTY JAIL, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter is before the Court on Plaintiff's Motion to Compel Discovery and Motion to Put Freeze or Hold on All Personal Bank Accounts of Defendant Shawn Brensen, (Doc. No. 22). Plaintiff's motion is **DENIED**. First, Plaintiff does not identify any discovery that he wants the Court to compel Defendant to produce, and Defendant contends in his response that Plaintiff has not sent Defendant any discovery requests. Second, as Defendant notes in his response brief, Plaintiff has no legal authority to freeze Defendant's bank accounts merely because Plaintiff has filed this 42 U.S.C. § 1983 action against Defendant.

**IT IS SO ORDERED.**

Frank D. Whitney
Chief United States District Judge

1