# United States District Court
# Western District of North Carolina
# Division

| | | |
|---|---|---|
| EDDIE ELLENBURG, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:14-cv-00290 |
| | ) | |
| vs. | ) | |
| | ) | |
| HENDERSON COUNTY JAIL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 5, 2016 Order.

April 5, 2016

_____
Frank G. Johns, Clerk
United States District Court